UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00134-FDW

| THEODORE C. TURNER, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| FNU ANDERSON, NC DEPARTMENT OF PUBLIC SAFETY, | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court on consideration of Plaintiff's motion to compel documents.

On June 5, 2014, Plaintiff's pro se complaint, which he filed pursuant to 42 U.S.C. § 1983, was dismissed without prejudice as being without merit. Plaintiff did not appeal the dismissal. After the complaint was dismissed and this civil action closed, Plaintiff filed the present motion to compel documents. The Court finds, however, that, as there is no pending civil action, Plaintiff's motion to compel will be denied.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion to compel is **DENIED**. (Doc. No. 12).

Signed: March 7, 2015

Frank D. Whitney
Chief United States District Judge